BRIAN A. PAINO (SBN 027091)
ROBERT J. CAMPO JR. (SBN AZ 024341)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
rcampo@piteduncan.com

Attorneys for GMAC Mortgage, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA (TUCSON)

| IN RE: <br><br> CHRISTOPHER P. MASSINGIL and AMY V. MASSINGILL <br><br> Debtors. | Case No. 4:11-bk-15998-JMM <br><br> Chapter 13 <br><br> **NOTICE OF TRANSFER OF CLAIM #13** |
|---|---|

NOTICE OF TRANSFER OF CLAIM #13

The undersigned hereby gives notice of the assignment and transfer of the above-filed claim and submits the following information:

Name and address and loan number of transferor:
America's Servicing Company
Attn: Bankruptcy Department
MAC X7801-014,
3476 Stateview Blvd.
Fort Mill, SC 29715

Name and address and loan number of transferee:
GMAC Mortgage, LLC
3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704-0780

/././
/././

| | |
|---|---|
| Amount of claim being transferred $133,631.19 | |
| Dated: December 19, 2011 | PITE DUNCAN, LLP |
| | /s/ *Robert J. Campo Jr.* (024341)<br>ROBERT J. CAMPO JR.<br>Attorneys for GMAC MORTGAGE, LLC |

|   |   |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | DISTRICT OF ARIZONA (TUCSON) |
| 3 | |
| 4 | CASE NO. 4:11-bk-15998-JMM |
| 5 | CERTIFICATE OF SERVICE BY MAIL |

I, Agata B. Turowska, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached NOTICE OF TRANSFER OF CLAIM #13 by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on December 19, 2011, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2011          Agata B. Turowska
                                  AGATA B. TUROWSKA

# SERVICE LIST

**DEBTORS**
Christopher Massingil
Amy V. Massingill
3273 East 23rd Street
Tucson, AZ 85713

**DEBTORS' ATTORNEY**
Daniel 1 Rylander
Daniel J. Rylander, P.C.
4340 N. Campbell Ave, Ste 266
Tucson, AZ 85718-6593

**CHAPTER 13 TRUSTEE**
Dianne C. Kerns
7320 N La Cholla #154 PMB 413
Tucson, AZ 85741-2305